

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00105-CV

| | | |
|---|---|---|
| Donnie R. Martinek d/b/a Martinek Grain & Bins, Inc., Martinek Trucking, and F.U. Enterprises a/k/a F.U.E. | § | From the 235th District Court |
| | § | of Cooke County (CV88-344) |
| v. | § | May 27, 2016 |
| Robert Neal Schluter, N & M Schluter Family Limited Partnership, and RN & MK, Inc. | § | Opinion by Justice Meier |
| | § | Concurrence by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellants Donnie R. Martinek d/b/a Martinek Grain & Bins, Inc., Martinek Trucking, and F.U. Enterprises a/k/a F.U.E. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier